AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)– Possession with Intent to Distribute 40 grams and More of Fentanyl;
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)– Possession with Intent to Distribute 5 Grams and More of Methamphetamine;
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)– Possession with Intent to Distribute Heroin;

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Min. 5 years imprisonment - max. 40 years; Fine: $5,000,000; Supervised Release: min. 4 years, max. life. $100 Assessment; Forfeiture; Deportation; Denial of federal benefits

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
DEC 01 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

DEFENDANT - U.S.
▶ KEVIN ARTEAGA-MORALES

DISTRICT COURT NUMBER
CR 22 0452

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF SA Sean Courtz

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Hillary Irvin

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED

DEC -1 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES OF AMERICA,

V.

CR 22 0452

SEALED BY ORDER
OF THE COURT

KEVIN ARTEAGA-MORALES

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)– Possession with Intent to Distribute 40 grams and More of Fentanyl;
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)– Possession with Intent to Distribute 5 Grams and More of Methamphetamine;
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)– Possession with Intent to Distribute Heroin;
21 U.S.C. § 853– Forfeiture Allegation



A true bill.

/s/Foreperson

_____
Foreperson

Filed in open court this 1st day of December 2022.

_____
Clerk 12/1/2022

Bail, $ No Bail Warrant

Hon. Kandis A. Westmore, U.S. Magistrate Judge

**FILED**

DEC -1 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SEALED BY ORDER OF THE COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22 0452 |
| Plaintiff, | |
| v. | VIOLATIONS: <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute 40 grams and More of Fentanyl; <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute 5 Grams and More of Methamphetamine; <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin; <br> 21 U.S.C. § 853 – Forfeiture Allegation |
| KEVIN ARTEAGA-MORALES, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute 40 Grams and More of Fentanyl)

On or about September 29, 2022, in the Northern District of California, the defendant,

KEVIN ARTEAGA-MORALES,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

COUNT TWO:    (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute 5 Grams and More of Methamphetamine)

On or about September 29, 2022, in the Northern District of California, the defendant,

INDICTMENT

KEVIN ARTEAGA-MORALES,

did knowingly and intentionally distribute and possess with intent to distribute 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

COUNT THREE:   (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin)

On or about September 29, 2022, in the Northern District of California, the defendant,

KEVIN ARTEAGA-MORALES,

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:   (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged above, the defendant,

KEVIN ARTEAGA-MORALES,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

    a.   cannot be located upon exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

1 | United States Code, Section 853(p).

2 | All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal
3 | Procedure 32.2.

5 | DATED: December 1, 2022                           A TRUE BILL.

/s/
/s/Foreperson
FOREPERSON
Oakland, California

STEPHANIE M. HINDS
United States Attorney

*/s/ Hillary T. Irvin*
Hillary T. Irvin
Assistant United States Attorney

INDICTMENT                                          3

SEALED BY ORDER OF THE COURT

**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DEC 01 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

| | |
|---|---|
| **CASE NAME:** USA v. KEVIN ARTEAGA-MORALES | **CASE NUMBER:** CR CR 22 0452 CRB |
| **Is This Case Under Seal?** | Yes ✓   No |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** Hillary Irvin | **Date Submitted:** 11/30/22 |
| **Comments:** | |

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF