```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  HILLARY T. IRVIN (MDBN 1712130257)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-7181
 7       FAX: (415) 436-7234
         Hillary.Irvin@usdoj.gov
 8
    Attorneys for United States of America
 9
```

**FILED**
DEC -1 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO.: **CR 22 0452 CRB** |
|---|---|
| Plaintiff, | ) MOTION FOR SEALING ORDER |
| v. | ) **UNDER SEAL**   SEALED BY ORDER OF THE COURT |
| KEVIN ARTEAGA-MORALES, | ) |
| Defendant. | ) |

The United States, by and through its counsel, Assistant United States Attorney HILLARY T. IRVIN, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the indictment, arrest warrant, and all attachments in the above-referenced investigation. Disclosure of the specified documents might jeopardize the defendant's arrest. The United States requests that the arrest warrant be unsealed after it has been executed.

//
//
//
//
//

1     Accordingly, the United States requests that the Court seal these documents, except that the
2 Clerk of Court shall provide copies of the sealed documents to employees of the United States
3 Attorney's Office. The United States further requests that the United States Attorney's Office be
4 permitted to share these documents as necessary to comply with its discovery obligations, and with the
5 Alcohol, Tobacco, and Firearms.

7 DATED: December 1, 2022         Respectfully submitted,

8                                             STEPHANIE M. HINDS
                                            United States Attorney

10                                             */s/ Hillary T. Irvin*
11                                             HILLARY T. IRVIN
                                            Assistant United States Attorney