STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HILLARY T. IRVIN (MDBN 1712130257)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-7234
    Hillary.Irvin@usdoj.gov

Attorneys for United States of America

**FILED**
DEC -1 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 22 0452 CRB |
| Plaintiff, | [PROPOSED] SEALING ORDER |
| v. | UNDER SEAL |
| KEVIN ARTEAGA-MORALES, | SEALED BY ORDER OF THE COURT |
| Defendant. | |

    Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the indictment, arrest warrant, and all attachments in the above-referenced case, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with the Alcohol, Tobacco, and Firearms. The arrest warrant is hereby unsealed after it has been executed.

IT IS SO ORDERED.

DATED: 12/1/2022

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge