STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HILLARY IRVIN (MDBN 1712130257)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 912-6522
    Hillary.Irvin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-00452-CRB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **DETENTION ORDER** |
| KEVIN ARTEAGA-MORALES | |
| Defendant. | |

On February 8, 2023, the defendant Kevin Arteaga-Morales made an initial appearance on the Indictment charged in the above-captioned case. The government moved for the defendant's pre-trial detention.

On February 13, 2023, the defendant appeared for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Daniel Blank. Assistant United States Attorney Hillary T. Irvin appeared for the government. The defendant waived his right to a detention hearing without prejudice. Accordingly, the defendant must be detained pending resolution of his criminal case.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code,

Section 3142(i)(1). As noted on the record, the Court found that the defendant did not seek release from custody. The defendant waived his right for the Court to make factual findings for detention. This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: February 13, 2023

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge