```
1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   HILLARY T. IRVIN (MDBN 1712130257)
    Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7181
7        Fax: (415) 436-7027
         Hillary.Irvin@usdoj.gov
8        Attorneys for United States of America
```

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-452-CRB |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| KEVIN ARTEAGA-MORALES, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Kevin Arteaga-Morales without prejudice.

DATED:  July 25, 2023                         Respectfully submitted,

                                                                                             ISMAIL J. RAMSEY
                                                                                             United States Attorney

                                                                                             *Thomas A. Colthurst*
                                                                                             THOMAS A. COLHURST
                                                                                             Chief, Criminal Division

1  Leave is granted to the government to dismiss the indictment against Kevin Arteaga-Morales
2  without prejudice.

4  Date: _____

                                                            _____
                                                            HON. CHARLES R. BREYER
                                                            Senior United States District Judge