```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HILLARY T. IRVIN (MDBN 1712130257)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       Fax: (415) 436-7027
        Hillary.Irvin@usdoj.gov
8       Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-452-CRB |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | ORDER |
| KEVIN ARTEAGA-MORALES, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Kevin Arteaga-Morales without prejudice.

DATED: July 25, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*Thomas A. Colthurst*

THOMAS A. COLHURST
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Kevin Arteaga-Morales without prejudice.

Date: July 25, 2023

_____
HON. CHARLES R. BREYER
Senior United States District Judge