IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN ARTEAGA-MORALES,<br><br>　　　　　Defendant. | Case No.: CR 22–0452 CRB<br><br>[~~PROPOSED~~] ORDER RE: RELEASE |

GOOD CAUSE SHOWN, in light of the dismissal of the prosecution in the above-captioned case (Dkt. 20), Defendant Kevin Arteaga-Morales shall be released from U.S. Marshal's custody FORTHWITH.

IT IS SO ORDERED.

　July 26, 2023　　　　　　　　　　　　　　　　/s/ Charles R. Breyer
　　　Dated　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge

RELEASE
*ARTEAGA-MORALES*, CR 22–0452 CRB